United States Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRISSA J. STRONG,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | ) CIVIL NO. C11-5558-RSL-MAT<br>)<br>) ORDER FOR EXTENSION OF<br>) TIME TO FILE PLAINTIFF'S<br>) REPLY BRIEF<br>)<br>)<br>)<br>)<br>) |

Based on Plaintiff's Motion and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Reply Brief shall be filed on or before February 1, 2012.

DATED this 24th day of January, 2012.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S REPLY BRIEF – [C11-5558RSL-MAT] - 1

Law Office of Eitan Kassel Yanich, PLLC
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226

1

2   Presented by:

3   S/EITAN KASSEL YANICH

4   EITAN KASSEL YANICH, WSBA #13690
    Attorney for Plaintiff

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S REPLY BRIEF – [C11-5558RSL-MAT] - 2

Law Office of Eitan Kassel Yanich, PLLC
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226