UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRISSA J. STRONG,                )
                                 )  CASE NO. C11-5558-RSL
            Plaintiff,           )
                                 )
     v.                          )  ORDER REMANDING CASE
                                 )
MICHAEL J. ASTRUE, Commissioner of )
Social Security,                 )
                                 )
            Defendant.           )
_____ )

The Court, after careful consideration of plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings not inconsistent with the Report and Recommendation; and

/ / /

ORDER REMANDING CASE
PAGE - 1

01   (3) The Clerk of the Court is directed to send copies of this Order to the parties and
02 to Judge Theiler.

03   DATED this 22nd day of March, 2012.

                                        *[signature]*
                                        Robert S. Lasnik
                                        United States District Judge

ORDER REMANDING CASE
PAGE - 2