UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRISSA J. STRONG, | ) |
| | ) CASE NO. C11-5558-RSL |
| Plaintiff, | ) |
| | ) |
| v. | ) REPORT AND RECOMMENDATION |
| | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff filed a motion for an award of attorney's fees under the Equal Access to Justice Act (EAJA). (Dkt. 23.) Plaintiff seeks an award of $5,246.12 in attorney's fees and $27.77 in expenses pursuant to the EAJA, 28 U.S.C. § 2412, for a total award of $5,273.89. Defendant does not object to the request. (Dkt. 25.) Having considered the motion and accompanying documents, the Court finds the request reasonable and recommends that plaintiff's motion (Dkt. 23) be GRANTED, and plaintiff awarded the attorney's fees and expenses requested. Subject to any offset allowed under the Treasury Offset Program as discussed in *Astrue v. Ratliff*, __ U.S. __, 130 S.Ct. 2521 (2010), payment of the award should be made to plaintiff's attorney.

REPORT AND RECOMMENDATION
PAGE -1

01  A proposed order accompanies this Report and Recommendation.

02         DATED this 17th day of July, 2012.

04                                          /s/ Mary Alice Theiler
                                            Mary Alice Theiler
05                                          United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2