01

02

03

04

05

06                  UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF WASHINGTON
07                          AT SEATTLE

08  TRISSA J. STRONG,                    )
                                         )   CASE NO. C11-5558-RSL
09          Plaintiff,                   )
                                         )
10      v.                               )   ORDER GRANTING PLAINTIFF'S
                                         )   MOTION FOR EAJA FEES
11  MICHAEL J. ASTRUE,                   )
    Commissioner of Social Security,     )
12                                       )
            Defendant.                   )
13  _____ )

14          The Court has reviewed the entire record, including plaintiff's Motion for EAJA Fees

15  (Dkt. 23), defendant's statement of non-opposition (Dkt. 25), and the Report and

16  Recommendation of United States Magistrate Judge Mary Alice Theiler.  It is therefore

17  ORDERED:

18          (1)     The Court adopts the Report and Recommendation;

19          (2)     The Court GRANTS plaintiff's motion for EAJA Fees. Plaintiff is hereby

20  awarded $5,246.12 in attorney's fees and $27.77 in expenses, for a total award of $5,273.89;

21  and

22  / / /

ORDER GRANTING PLAINTIFF'S
MOTION FOR EAJA FEES
PAGE -1

01      (3)    The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

02      DATED this 19th day of July, 2012.

03

04

*Mrt S Lasnik*

05                            Robert S. Lasnik
                              United States District Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING PLAINTIFF'S
MOTION FOR EAJA FEES
PAGE -2